KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6758

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 3-06-70743 EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| CONRADO HECTOR LITA MORALES, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on November 21, 2006, for detention hearing in United States Magistrate Court. The defendant was specially represented by Shawn Halbert, Federal Public Defender, and the government was represented by Philip Kearney, Assistant United States Attorney. The case was continued for the identification of counsel to November 27, 2006, at 9:30 a.m. The Court made a finding on the record that the time between November 21, 2006, and November 21, 2006, should be excluded under both the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), and Rule 5, because the ends of justice served by taking such action outweighed the best interest of

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3-06-70743 EMC**

1 | the public and the defendant in a speedy trial. That finding was based on the defendant's
2 | request to retain counsel. Specially-appointed counsel for the defendant indicated a need
3 | for additional time for retained counsel to adequately prepare the matter, taking into
4 | account the exercise of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until November 27, 2006 at 9:30 a.m., and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:   11/21/06

/S/
SHAWN HALBERT, ESQ.
(Specially-appearing) Counsel for
DEFENDANT

DATED:   11/21/06

/S/
PHILIP J. KEARNEY
Assistant United States Attorney

It is so ordered.

DATED: 11/22/06

EDWARD M. CHEN
UNITED STATES MAGISTRATE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3-06-70738 EMC                              2
      43