1  MARK GOLDROSEN, SBN 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3
   (415) 565-9600 - Telephone
4  (415) 565-9601 - Facsimile

5  Attorney for Defendant Conrado Hector Lita Morales

6

7                   IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,         )   CR 3 06 70743 EMC
10                                    )
                                      )   [PROPOSED] STIPULATED ORDER
11                                    )   CONTINUING ARRAIGNMENT OR
               Plaintiff,             )   PRELIMINARY HEARING AND
12                                    )   EXCLUDING TIME UNDER THE
        v.                            )   SPEEDY TRIAL ACT
13                                    )   CALCULATION  (18 U.S.C. §
                                      )   3161(h)(8)(A))
14                                    )
                                      )
15                                    )
                                      )
16  CONRADO HECTOR LITA               )
    MORALES aka CONRADO H.            )
17  MORALES LITA,                     )
                                      )
18             Defendants.            )
                                      )
19

20      Defendant Conrado Hector Lita Morales in the above-entitled complaints is currently

21  scheduled for arraignment or preliminary hearing on December 22, 2006.

22      In this proposed stipulated order, Defendant Morales requests with the consent of the

23  Government that the arraignment or preliminary hearing on December 22, 2006 be vacated, and that

24  the arraignment or preliminary hearing be rescheduled for January 22, 2007, at 9:30 a.m.

25      The defendant makes this request because it needs additional time to conduct investigation that

26  may persuade the government that the seeking of an indictment against the defendant is not

*Morales, et. al*, CR 3-06-70743 EMC,
ORD. CONT. ARRAIGN. / P/X

1  warranted, and to evaluate whether there are any pre-indictment motions that should be filed.

2  Defense counsel has discussed with Defendant Morales both his right to have a preliminary
3  hearing within the time limit specified in Rule 5.1(c) of the Rules of Criminal Procedure and his
4  right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1). Defendant Morales consents to an
5  extension of time for the preliminary hearing pursuant to Rule 5.1(d) and to an exclusion of time for
6  calculation of the speedy trial deadline under 18 U.S.C. § 3161.

7  Accordingly, the parties stipulate that pursuant to 18 U.S.C. §3161(h)(8)(A), the time from
8  December 22, 2006 to January 22, 2007 will be excluded from the calculation of the speedy trial
9  deadline since the parties need additional time for effective preparation of the case, and, therefore,
10 the ends of justice are served by granting a continuance until January 22, 2007. In addition, the
11 parties stipulate to a waiver of the time limit to conduct a preliminary hearing or bring an indictment
12 pursuant to Rule 5.1(d) since the parties are conducting investigation that may determine whether the
13 filing of an indictment against Defendant Morales is warranted.

14 IT IS SO STIPULATED.

15
   December 18, 2006                    /s
16 DATED                                KEVIN V. RYAN
                                        United States Attorney
17                                      Northern District of California
                                        GARTH HIRE
18                                      Assistant United States Attorney

19
   December 18, 2006                    /s
20 DATED                                MARK GOLDROSEN
                                        Counsel for Conrado Hector Lita Morales
21

22 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

23
    December 20, 2006
24 DATED                                HON. BERNARD ZIMMERMAN
25                                      United States Magistrate Judge

26 Original signatures are with Mark Goldrosen, counsel for Defendant Morales.

*Morales, et. al*, CR 3-06-70743 EMC,
ORD. CONT. ARRAIGN. / P/X                      2