1  MARK GOLDROSEN, SBN 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3
   (415) 565-9600 - Telephone
4  (415) 565-9601 - Facsimile

5  Attorney for Defendant Conrado Hector Lita Morales

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )   CR 3 06 70743 MAG
10                                    )
                                      )   DEFENDANT'S MOTION FOR
11                                    )   ORDER AND [PROPOSED] ORDER
                    Plaintiff,        )   EXONERATING RELEASE BOND
12                                    )
         v.                           )
13                                    )
                                      )
14                                    )
                                      )
15                                    )
                                      )
16 CONRADO HECTOR LITA                )
   MORALES aka CONRADO H.             )
17 MORALES LITA,                      )
                                      )
18               Defendant.           )
                                      )

19

20        On Defendant 19, 2006, defendant Conrado Hector Lita Morales was ordered released by this

21 Court on a $100,000 bond secured by his cousin Barnabe Jose Morales's property at 1429 Mount

22 Whitney Drive, San Jose, California.

23        On January 22, 2007, the government dismissed without prejudice the complaint against Mr.

24 Morales.  There is no longer a pending case.

25        Mr. Morales now respectfully moves the Court to order that the bond be exonerated so that the

26 \\

*Morales*, *et. al*, CR 3-06-70743 EMC,
EXONERATION OF BAIL

property used to secure the bond may be reconveyed to its lawful owner.

DATED: January 22, 2007                                         Respectfully submitted,

      /s/ Mark Goldrosen
Mark Goldrosen
Attorney for Defendant
Conrado Hector Lita Morales

**ORDER**

For good cause shown, it is hereby ORDERED that the release bond in this matter shall be exonerated.

DATED: January 23, 2007

JAMES Joseph C. Spero
United States Magistrate Judge

*Morales*, et. al, CR 3-06-70743 EMC,
EXONERATION OF BAIL                                      2